# United States District Court
## Violation Notice
*(Rev. 1/2019)*

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY95 | 9293772 | Tomasirllo | 670 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC | State Code |
|---|---|---|
| 1/1/20 0332 | 36 CFR 4.23(a)(1) | |

**Place of Offense:** N/B BW S/O 197

**Offense Description / Factual Basis for Charge:** HAZMAT ☐

Driving under the Influence of Alcohol

20-000040

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Watson | Phillip | F |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS# | Color |
|---|---|---|---|---|---|
| 3CL5249 | MD | 13 | Hyun 4d | | Gold/blk |

**APPEARANCE IS REQUIRED** — ☒ A   If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL** — ☐ B

M/A

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

## STATEMENT OF PROBABLE CAUSE
*(For issuance of an arrest warrant or summons)*

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident