# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY95 | 9293773 | Tomasiello | 690 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 1/1/20 0332 | 36 CFR 4.23(a)(2) |

Place of Offense: NIB BW S/O 197

Offense Description: Driving while Intoxicated w/a BrAC of .08% or more 22-000040

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Watson | Phillie | F |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 3CL5249 | MD | 13 | Hyun 4d | | Gu/Blk |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

## STATEMENT OF PROBABLE CAUSE

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident