# United States District Court
## Violation Notice
(Rev. 1/2018)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY95 | 9293976 | Tomasiello | 680 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 1/1/20 0332 | 36 CFR 2.32(a)(2) |

Place of Offense

N/B BW S/O 197

Offense Description: Factual Basis for Charge    HAZMAT ☐

Interfering w/ Agency Function  20-000040

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Watson | Phillip | F |

Street Address

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3CL5249 | MD | 13 | Haun 4d | | G/d/bu |

## APPEARANCE IS REQUIRED    APPEARANCE IS OPTIONAL

☒ If Box A is checked, you must appear in court. See instructions.

☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $10 Processing Fee
$ _____ Total Collateral Due

M/A

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident