# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| MY45 | 9293774 | Tomasillo | 670 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  ☒ CFR  ☐ USC  ☐ State Code |
|---|---|
| 1/1/20 0332 | 36 CFR 4.22(b) |

Place of Offense: NIB BW 510 197

Offense Description: Unsafe Operation
20-000040

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Watson | Phillie | F |

| Tag No. | State | Year | Make/Model | PC | Color |
|---|---|---|---|---|---|
| 3CL5249 | MD | 17 | Hmr 4d | | Gld/blk |

APPEARANCE IS REQUIRED — APPEARANCE IS OPTIONAL

☒ A — If Box A is checked, you must appear in court.
☐ B — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

N/A

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
         Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
         Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident