# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY95 | 9293977 | Tomasiello | 690 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 1/1/20 0332 | 36 CFR 4.23(c)(2) |

Place of Offense: N/B BW S/O 197

Offense Description: Refusal to Submit to Chemical Test for Alcohol  20-000040

### DEFENDANT INFORMATION

Last Name: Watson
First Name: Phillie
MI: F

[address redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 3CL5249 | MD | 13 | Hyun 4.1 | | Gold/Wh |

APPEARANCE IS REQUIRED — A ☒ (must appear in court)
APPEARANCE IS OPTIONAL — B ☐

PAY THIS AMOUNT AT www.cvb.uscourts.gov: N/A
$30 Processing Fee
Total Collateral Due

### YOUR COURT DATE

(court address / date / time fields blank)

X Defendant Signature

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy) _____ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident